UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

Case No. 13-31547-AJC
Chapter 13

IN RE:

Fulgencio A Ehlers and Pilar Ehlers

    Debtors.                                     /

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

     Steven G. Powrozek, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, JPMorgan Chase Bank, National Association. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding. The property address associated with the undersigned representation is 9800 Southwest 87th Street, Miami, FL 33173.

## CERTIFICATE OF SERVICE

     I hereby certify that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

     I hereby certify that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 3rd day of June, 2015.

Fulgencio A. Ehlers, 9800 Southwest 87th Street, Miami, FL 33173
Pilar Ehlers, 9800 Southwest 87th Street, Miami, FL 33173
Desiree Calas-Johnson, 782 Northwest 42nd Avenue, # 447, Miami, FL 33126
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

                                                  /s/Steven G. Powrozek
                                                  Steven G. Powrozek
                                                  FL Bar # 0316120
                                                  Shapiro, Fishman & Gaché, LLP
                                                  Attorney for Secured Creditor
                                                  4630 Woodland Corporate Blvd.
                                                  Suite 100
                                                  Tampa, FL  33614
                                                  Telephone: 813-367-5813
                                                  Fax: (813) 880-8800
                                                  E-mail: spowrozek@logs.com

15-286589